UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| JEFFREY PAUL GIOGLIO, # 737147, | ) ) ) | |
| Petitioner, | ) ) | Case No. 1:13-cv-1093 |
| v. | ) ) | Honorable Paul L. Maloney |
| WILLIE O. SMITH, | ) ) | |
| Respondent. | ) ) | |

## **ORDER**

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   January 19, 2017         /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge