UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| JEFFREY PAUL GIOGLIO, ) <br> # 737147, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIE O. SMITH, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 1:13-cv-1093 <br><br> Honorable Paul L. Maloney |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby **DENIED** because it fails to raise a meritorious federal claim.


Dated:  January 19, 2017          /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge